IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re DEEP VEIN THROMBOSIS LITIGATION** | **MDL Docket No 04-1606 VRW** |
| | **ORDER** |
| **This Document Relates To:** | |
| **01-3444** | |

     Plaintiff Ernest-Wilhelm Reitschel moves for leave to file an amended complaint pursuant to FRCP 15(a).  Doc #51.

     After a responsive pleading has been filed, "leave to amend should be granted unless amendment would cause prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay."  <u>Martinez v Newport Beach City</u>, 125 F3d 777, 785 (9th Cir 1997).

     Defendant US Airways, Inc, makes much of the fact that the original complaint was filed over four years ago.  But the lions' share of the time between dismissal of the original complaint in 2002 and the present motion can be attributed to (1) an appeal to the Ninth Circuit, (2) a stay of that appeal pending decision in a similar case and (3) a bankruptcy stay.  In essence,

this litigation began afresh upon remand from the Ninth Circuit and Reitschel's motion for leave to amend followed not long thereafter. Indeed, Reitschel's motion was filed one week after US Airways filed its answer.  See Doc #45.

US Airways also suggests that it will be prejudiced because allowing Reitschel to amend would allow him to overcome summary judgment.  But unlike most other cases still pending in this litigation, there is no pending motion for summary judgment in this individual action.  The court therefore perceives no prejudice.

Reitschel's motion for leave to amend is accordingly **GRANTED** provided that Reitschel's first amended complaint shall be identical to that which he proposed.  See Doc #339, Ex A.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge