1 | Richard G. Grotch (SBN 127713)
CODDINGTON, HICKS & DANFORTH
2 | 555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
3 | Telephone: (650) 592-5400
Telecopier: (650) 592-5027
4 |
Attorneys for Defendants
5 | CONTINENTAL AIRLINES, INC. (No. 03-5634)
UNITED AIR LINES, INC., UAL CORPORATION ( No. 04-0789)
6 | and SOUTHWEST AIRLINES CO. (No. 05-3181)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**(E-FILING)**

| | |
|---|---|
| IN RE: | MDL Docket No. 04-1606 VRW |
| DEEP VEIN THROMBOSIS LITIGATION | [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE IN REMANDED NON-WARSAW CASES |
| This Document Relates To: | Date: ~~January 18, 2008~~ January 25, 2008
Time: 11:00 a.m. |
| NON-WARSAW CASES:
03-3181   04-1807
03-3845   04-4166
03-3849   04-4285
03-5144   04-5491
03-5186   05-0237
03-5634   05-1366
04-0410   05-2325
04-0412   05-3180
04-0438   05-3181
04-0789 | Courtroom: 6 – 17th Floor

Honorable Vaughn R. Walker

C01-3444 Rietschel v. US Airways
Pretrial Conf: 1/25/08
Time: 11:00 a.m. |

The Court, having considered the stipulation of the parties to continue the case management conference in connection with the remanded, non-Warsaw DVT cases,

IT IS HEREBY ORDERED that the case management conference scheduled for January 18, 2008, at 11:00 a.m. be continued to **January 25, 2008, at 11:00 a.m.**, in Courtroom 6, located on the 17th Floor of the Federal Building located at 450 Golden Gate Avenue, San Francisco, California.

///

---

*IN RE: DEEP VEIN THROMBOSIS;* [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE IN REMANDED NON-WARSAW CASES -- MDL DOCKET NO. 04-1606 VRW

1

1    IT IS FURTHER ORDERED that the deadline for filing of updated Case Management
2    Conference Statements shall be guided by reference to the January 25, 2008 conference date.
3    SO ORDERED.
4    Dated: January __8__, 2008

_____
Honorable Vaughn R. Walker
United States District Chief Judge