GERALD C. STERNS  (Bar No. 029976)
BRENDA D. POSADA (Bar No. 152480)
STERNS & WALKER
901 Clay Street
Oakland, CA   94607
Telephone:  (510) 267-0500
Facsimile:  (510) 267-0506

Attorney for Plaintiffs
ERNEST-WILHELM RIETSCHEL

KYMBERLY E. SPEER (Bar No. 121703)
SAMANTHA DAVIES HILTON (Bar No.  215585)
Kenney & Markowitz LLP
255 California Street, 13th Floor
San Francisco, CA  94111
Telephone:  (415) 397-3100
Facsimile:   (415) 397-3170

Attorney for Defendants
U.S. AIRWAYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | **MDL Docket No. 04-1606  VRW** |
| DEEP VEIN THROMBOSIS LITIGATION | **STIPULATED REQUEST FOR DISMISSAL** |
| This Document Relates To: | |
| *RIETSCHEL V. U.S.AIRWAYS,INC.,*<br>*Case No. C 01-3444 VRW* | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

attorneys of record to request dismissal of this action in its entirety, with prejudice, each side to

1

**STIPULATED REQUEST FOR DISMISSAL**

1  bear its own costs and fees. Mr. Ernst-Wilhelm Rietschel has stipulated to the dismissal and a true

2  and correct copy is attached hereto as Exhibit A.

3  DATED: February 19, 2008                    STERNS & WALKER

4

5

6                                              By: _____
                                                   Brenda D. Posada
7                                                  Attorneys for Plaintiff
                                                   ERNST-WILHELM RIETSCHEL
8

9

10

11 Dated: February 19, 2008                     KENNEY & MARKOWITZ, L.L.P.

12

13                                             By: _____\s_____
                                                   Samantha D. Hilton
14                                                 Attorneys for Defendant
                                                   U. S. AIRWAYS, INC.
15

16

17 **PURSUANT TO STIPULATION, IT IS THE ORDER OF THE COURT**

18 That this action is dismissed in its entirety, with prejudice, each side to bear its own costs and fees.

19 **IT SO ORDERED.**

20

21

22 Date: _____February 20, 2008_____

23

24

25

26

27

28

2
**STIPULATED REQUEST FOR DISMISSAL**

# EXHIBIT A

1  GERALD C. STERNS (Bar No. 029976)
   BRENDA D. POSADA (Bar No. 152480)
2  STERNS & WALKER
3  901 Clay Street
   Oakland, CA 94607
4  Telephone:  (510) 267-0500
   Facsimile:  (510) 267-0506
5
6  Attorney for Plaintiff ERNST-WILHELM RIETSCHEL

7  KYMBERLY E. SPEER (Bar No. 121703)
   SAMANTHA DAVIES HILTON (Bar No. 215585)
8  Kenney & Markowitz, LLP
   255 California Street, Suite 1300
9  San Francisco, CA 94111
   Telephone: (415) 397-3100
10 Facsimile:  (415) 397-3170

11
   Attorney for Defendant US AIRWAYS, INC.,
12
                IN THE UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14

15 IN RE:                              MDL Docket No. 04-1606  VRW

16 DEEP VEIN THROMBOSIS LITIGATION     STIPULATION FOR DISMISSAL

17 This Document Relates To:

18
   RIETSCHEL v. U.S. AIRWAYS, INC.,
19 Case No. C 01-3444 VRW

20

21

22

23      I, Ernst Wilhelm Rietschel, agree to the dismissal of my action, each side to

24 bear its own costs and fees.

25 IT IS SO STIPULATED.

26

27 Dated: February 14 , 2008           BY:  _____
                                             ERNST WILHELM RIETSCHEL
28                                           PLAINTIFF